# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

KIMBERLY PEARCE ON BEHALF OF
HER MINOR SON, MASON PEARCE,
AND BIANCA SIMMS ON BEHALF
OF HER MINOR SON, DEMETRICUS
FOUNTAIN, JR.

VERSUS

RUBICON, LLC, INDIVIDUALLY
AND ON BEHALF OF CHEM
FRIENDS, AN UNINCORPORATED
ASSOCIATION, ABC INSURANCE
COMPANY, THE ASCENSION
PARISH SCHOOL BOARD, ON
BEHALF OF, CENTRAL MIDDLE
SCHOOL AND GALVEZ MIDDLE
SCHOOL, AND JOHN DOE

NO.   2023 CW 0761

**OCTOBER 10, 2023**

---

In Re:   Rubicon, LLC, applying for supervisory writs, 23rd
         Judicial District Court, Parish of Ascension, No.
         124694.

---

**BEFORE:   McCLENDON, HESTER, AND MILLER, JJ.**

   **WRIT DENIED.**
                          **PMc**
                          **CHH**
                          **SMM**

COURT OF APPEAL, FIRST CIRCUIT

*a.s.O*

---
DEPUTY CLERK OF COURT
    FOR THE COURT